# UNITED STATES DISTRICT COURT

Eastern **District of** California

Annette Horn, an individual on behalf of herself and others similarly situated
Plaintiff (s),

V.

Rise Medical Staffing, LLC; and Does 1 to 10, inclusive
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:17-cv-01967-MCE-KJN

Notice is hereby given that, subject to approval by the court, Rise Medical Staffing, LLC substitutes
(Party (s) Name)

Sarah Kroll-Rosenbaum , State Bar No. 272358 as counsel of record in place
(Name of New Attorney)

place of Erin M. Smith & Jennifer Jason of Loeb & Loeb, LLP .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Constangy, Brooks, Smith & Prophete, LLP
Address: 2029 Century Park East, Suite 1100, Los Angeles, CA 90067
Telephone: (310) 909-7775     Facsimile
E-Mail (Optional): skrollrosenbaum@constangy.com

I consent to the above substitution.      Robert Keltie, Rise Medical Staffing LLC
Date:
(Signature of Party (s))

I consent to being substituted.      Loeb & Loeb, LLP
Date:
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated: November 27, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE