# UNITED STATES DISTRICT COURT

Eastern **District of** California

| | |
|---|---|
| Annette Horn, an individual on behalf of herself and others similarly situated<br>Plaintiff (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | |
| Rise Medical Staffing, LLC; and Does 1 to 10, inclusive<br>Defendant (s), | CASE NUMBER: 2:17-cv-01967-MCE-KJN |

Notice is hereby given that, subject to approval by the court, **Rise Medical Staffing, LLC** substitutes
(Party (s) Name)

**Kenneth D. Sulzer**, State Bar No. **120253** as counsel of record in place
(Name of New Attorney)

place of **Erin M. Smith & Jennifer Jason of Loeb & Loeb, LLP**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Constangy, Brooks, Smith & Prophete, LLP
- Address: 2029 Century Park East, Suite 1100, Los Angeles, CA 90067
- Telephone: (310) 909-7775    Facsimile
- E-Mail (Optional): ksulzer@constangy.com

I consent to the above substitution.       Robert Keltie, Rise Medical Staffing LLC

Date:
                                                                                (Signature of Party (s))

I consent to being substituted.         Loeb & Loeb, LLP

Date:
                                                                                (Signature of Former Attorney (s))

I consent to the above substitution.

Date:
                                                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated: November 27, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE