HAYES PAWLENKO LLP
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
595 E. COLORADO BLVD., SUITE 303
PASADENA, CA 91101
(626) 808-4357; FAX (626) 921-4932

Attorneys for Plaintiff:
Annette Horn

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE HORN, an individual on behalf of herself and others similarly situated,<br><br>                Plaintiff,<br>v.<br><br>RISE MEDICAL STAFFING, LLC; ADVANCED MEDICAL PERSONNEL SERVICES, INC.; and DOES 1 to 10 inclusive,<br><br>                Defendants. | Case No. 2:17-cv-01967-MCE-KJN<br><br>COLLECTIVE AND CLASS ACTION<br><br>**ORDER ON STIPULATION RE PRIVACY NOTICE AND OPT-OUT PROCEDURE FOR DISCLOSURE OF PUTATIVE CLASS MEMBER CONTACT INFORMATION** |

/////

**ORDER ON STIPULATION RE PRIVACY NOTICE AND OPT-OUT PROCEDURE**

1

On March 13, 2018, Plaintiff Annette Horn ("Plaintiff") and Defendant Rise Medical Staffing ("Rise") filed a Stipulation Re Privacy Notice and Opt-Out Procedure for Disclosure of Putative Class Member Contact Information ("Stipulation"), which provides for the disclosure to Plaintiff's counsel of specific contact information pursuant to a proposed procedure of first notifying the individuals at issue of Plaintiff's request for their contact information and providing them with an opportunity to object to and opt-out of such disclosure. The Court, having considered the Stipulation and proposed privacy notice and opt-out procedures contained therein, HEREBY ORDERS AS FOLLOWS:

1. The proposed privacy notice and opt-out procedure set forth in the Stipulation is approved by the Court.

2. Rise shall provide the agreed upon third party administrator with the requested contact information by March 16, 2018.

3. The third party administrator shall mail a privacy notice and opt-out postcard in the form attached to the Stipulation as Exhibit A to the individuals whose contact information is sought by March 28, 2018.

4. Those individuals shall have 30 days to opt-out by returning to the third party administrator a pre-addressed, postage pre-paid postcard in the form attached to the Stipulation as Exhibit B.

5. The third party administrator shall release to Plaintiff's counsel the requested contact information for all individuals who do not timely opt-out.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**ORDER ON STIPULATION RE PRIVACY NOTICE AND OPT-OUT PROCEDURE**

6. Plaintiff and Rise shall split 50/50 the fees and costs of the third party administrator.

IT IS SO ORDERED.

Dated:  March 16, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**ORDER ON STIPULATION RE PRIVACY NOTICE AND OPT-OUT PROCEDURE**

3