KENNETH D. SULZER (SBN 120253)
ksulzer@constangy.com
SARAH KROLL-ROSENBAUM (SBN 272358)
skroll-rosenbaum@constangy.com
SAYAKA KARITANI (SBN 240122)
skaritani@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 909-7775

Attorneys for Defendants
RISE MEDICAL STAFFING, LLC and
ADVANCED MEDICAL PERSONNEL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE HORN, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RISE MEDICAL STAFFING, LLC; ADVANCED MEDICAL PERSONNEL SERVICES, INC.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-01967-MCE-KJN<br><br>**STIPULATION AND ORDER TO APPLY PREVIOUSLY ENTERED PROTECTIVE ORDER (DKT. # 21) TO DEFENDANT ADVANCED MEDICAL PERSONNEL SERVICES, INC.**<br><br>Hon. Morrison C. England, Jr. |

Plaintiff Annette Horn ("Plaintiff") and Defendant Advanced Medical Personnel Services, Inc. ("Defendant" or "Advanced") hereby stipulate, through their respective counsel of record, as follows:

1. Whereas, Plaintiff and Defendant Rise Medical Staffing, LLC ("RMS") agreed to a Stipulation and Protective Order, which was entered by the Court on January 31, 2018 (Dkt. # 21);

2. Whereas, Plaintiff served the Summons and operative Second Amended Complaint on Advanced on February 6, 2018, and Advanced first appeared in this

matter on February 27, 2018 by filing its Answer to the Second Amended Complaint (Dkt. # 24); and

3. Whereas, the Parties have agreed that the Stipulation and Protective Order entered by the Court on January 31, 2018 (Dkt. # 21) ("Protective Order") should apply with equal force as between Plaintiff and Advanced, and that the Protective Order should protect confidential, proprietary, or private Materials, as defined in the Protective Order, produced by and between Plaintiff and Advanced in this litigation.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED: April 24, 2018 /s/Kye D. Pawlenko
Matthew B. Hayes (SBN 220639)
Kye D. Pawlenko (SBN 221475)
HAYES PAWLENKO LLP
595 E. Colorado Blvd., Suite 303
Pasadena, CA 91101
Telephone: (626) 808-4357
Facsimile: (626) 921-4932
mhayes@helpcounsel.com
kpawlenko@helpcounsel.com

Attorneys for Plaintiff Annette Horn

DATED: April 24, 2018 /s/Sayaka Karitani
Kenneth D. Sulzer (SBN 120253)
Sarah Kroll-Rosenbaum (SBN 272358)
Sayaka Karitani (SBN 240122)
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 909-7775
Facsimile: (424) 465-6630
ksulzer@constangy.com
skroll-rosenbaum@constangy.com

Attorneys for Defendants Rise Medical Staffing, LLC and Advanced Medical Personnel Services, Inc.

# ORDER

On April 24, 2018, the parties filed a Stipulation for an Order to Apply Previously Entered Protective Order (Dkt. # 21) to Defendant Advanced Medical Personnel Services, Inc. ("Advanced"). The Court, having considered the Stipulation, HEREBY ORDERS AS FOLLOWS:

The Stipulation and Protective Order entered by the Court on January 31, 2018 (Dkt. # 21) ("Protective Order") shall apply with equal force as between Plaintiff and Advanced, and the Protective Order shall protect confidential, proprietary, or private Materials, as defined in the Protective Order, produced by and between Plaintiff and Advanced in this litigation.

IT IS SO ORDERED.

Dated: May 1, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE