1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    ANNETTE HORN,                          No.  2:17-cv-01967-MCE-KJN

12           Plaintiff,

13       v.                                  **RELATED CASE ORDER**

14    RISE MEDICAL STAFFING, LLC,

15           Defendant.

16
      _____
17    TEKARY WRIGHT,                         No.  2:18-cv-00998-JAM-AC

18           Plaintiff,

19       v.

20    ADVACNED MEDICAL PERSONNEL
      SERVICE, INC. et al.,
21           Defendant.

22    _____

23
      The Court has received the Notice of Related Case filed on 05/01/2018.
24
      Examination of the above-entitled civil actions reveals that these actions are
25
      related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve
26
      many of the same defendants and are based on the same or similar claims, the same
27
      property transaction or event, similar questions of fact and the same questions of law,
28

                                            1

1   and would therefore entail a substantial duplication of labor if heard by different judges.

2   Accordingly, the assignment of the matters to the same judge is likely to effect a

3   substantial savings of judicial effort and is also likely to be convenient for the parties.

4       The parties should be aware that relating the cases under Local Rule 123 merely

5   has the result that both actions are assigned to the same judge; no consolidation of the

6   action is effected.  Under the regular practice of this court, related cases are generally

7   assigned to the district judge and magistrate judge to whom the first filed action was

8   assigned.

9       IT IS THEREFORE ORDERED that the action denominated 2:18-cv-00998-JAM-

10  AC  is reassigned to District Judge Morrison C. England, Jr. and Magistrate Judge

11  Kendall J. Newman for all further proceedings, and any dates currently set in this

12  reassigned case only are hereby VACATED.  The Clerk of the Court is to issue an Initial

13  Pretrial Scheduling Order.  The caption on documents filed in the reassigned case shall

14  be shown as 2:17-cv-01967-MCE-KJN.

15      IT IS FURTHER ORDERED that the Clerk of the Court make appropriate

16  adjustment in the assignment of civil cases to compensate for this reassignment.

17      IT IS SO ORDERED.

18  Dated:  June 13, 2018

19

20                                  MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28