HAYES PAWLENKO LLP
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
595 E. COLORADO BLVD., SUITE 303
PASADENA, CA 91101
(626) 808-4357; FAX (626) 921-4932

Attorneys for Plaintiff

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
Kenneth D. Sulzer (SBN 120253)
ksulzer@constangy.com
Sarah Kroll-Rosenbaum (SBN 272358)
Scroll-rosenbaum@constangy.com
Sayaka Karitani (SBN 240122)
skaritani@constangy.com
2029 Century Park East, Suite 1100
Los Angeles, California 90067
Tel (310) 909-7775

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE HORN, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>RISE MEDICAL STAFFING, LLC; ADVANCED MEDICAL PERSONNEL SERVICES, INC.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-01967-MCE-KJN<br><br><u>CLASS ACTION</u><br><br>**ORDER ON STIPULATION RE FORMAT, USE, AND ADMISSIBILITY OF DAMAGE DISCOVERY** |

**ORDER ON STIPULATION RE FORMAT, USE AND ADMISSIBILITY OF DAMAGE DISCOVERY**

1

On July 26, 2018, the parties filed a Stipulation re Format, Use, and Admissibility of Damage Discovery ("Stipulation"), which provides that the data to be produced by Defendants Advanced Medical Personnel Services, Inc. and Rise Medical Staffing, LLC ("Defendants") for purposes of calculating the extent of Defendants' alleged liability/damages to members of the putative class under Plaintiff's theories of recovery will be produced in excel format (hereafter "Class/Collective Member Data") and that such data shall be admissible for the purpose of determining the quantum of damages, if any, at trial. The Court, having considered the Stipulation, HEREBY ORDERS AS FOLLOWS:

The Class/Collective Member Data produced by Defendants shall be admissible for the purpose of determining the quantum of damages, if any, at trial.

**IT IS SO ORDERED**

Dated: August 6, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**ORDER ON STIPULATION RE FORMAT, USE AND ADMISSIBILITY OF DAMAGE DISCOVERY**