KENNETH D. SULZER (SBN 120253)
ksulzer@constangy.com
SARAH KROLL-ROSENBAUM (SBN 272358)
skroll-rosenbaum@constangy.com
SAYAKA KARITANI (SBN 240122)
skaritani@constangy.com
MATTHEW SCHOLL (SBN 301560)
mscholl@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 909-7775
Facsimile: (424) 276-7410

Attorneys for Defendants
ADVANCED MEDICAL PERSONNEL SERVICES, INC.; and
RISE MEDICAL STAFFING, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE HORN, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RISE MEDICAL STAFFING, LLC; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-01967-MCE-KJN<br><br>[Judge Morrison C. England, Jr., Ctrm. 7, 14th Fl.]<br><br>**ORDER GRANTING STIPULATION TO CONSOLIDATE CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a)(2)**<br><br>Order filed concurrently. |
| TEKARY WRIGHT, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED MEDICAL PERSONNEL SERVICES, INC., a Corporation; RISE MEDICAL STAFFING, LLC, a Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00998-JAM-AC<br><br>[Judge Morrison C. England, Jr., Ctrm. 7, 14th Fl.]<br><br>**STIPULATION TO CONSOLIDATE CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a)(2)**<br><br>Order filed concurrently. |

On August 2, 2018, the parties in the case between Plaintiff Annette Horn, in action No. 2:17-cv-01967-MCE-KJN (hereinafter the "Horn Action"), and Plaintiff Tekary Wright, in action No. 2:18-cv-00998-JAM-AC, (hereinafter the "Wright Action"), on the one hand, and Defendants Advanced Medical Personnel Services, Inc. and Rise Medical Staffing, LLC ("Defendants"), on the other hand, filed a Joint Stipulation to Consolidate Cases Pursuant to Federal Rule of Civil Procedure 42(a)(2) ("Joint Stipulation"). The Court, having considered the Joint Stipulation and good cause appearing, **IT IS HEREBY ORDERED THAT**:

1. The Horn and Wright actions shall be consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a)(2) and that all subsequent pleadings and motions shall be filed under the caption and case number of the first-filed case, *Horn v. Rise Medical Staffing, L.L.C., et al.*, Case No. 2:17-cv-01967-MCE-KJN.

2. The Scheduling Order in the Horn Action (Dkt. # 3) shall be vacated and replaced with dates more in alignment with the later-filed Wright Action as follows:

| Event | Old Date (Horn Action) | New Date (Consolidated) |
|---|---|---|
| Discovery Cut-off | September 21, 2018 | March 23, 2019 |
| Initial Expert Designation | November 20, 2018 | April 22, 2019 |
| Supplemental Expert Designation | December 20, 2018 | May 22, 2019 |
| L/D to file dispositive motions | March 20, 2019 | September 19, 2019 |
| L/D to file Motion for Class Certification | TBD | TBD |

| L/D to file Joint Trial Readiness Statement | 30 days after receiving Court's ruling on filed dispositive motions or, if no dispositive motions filed, January 19, 2019 | 30 days after receiving Court's ruling on filed dispositive motions or, if no dispositive motions filed, June 21, 2019 |
|---|---|---|

3. Consolidation shall in no way affect the application of the statute of limitations governing the additional claims asserted in the Wright Action; that March 23, 2018 is the filing date of the Wright Complaint; that such date is not changed by consolidation; and, that consolidation of the two cases will not be construed to mean that the additional claims asserted in the Wright Action relate back to the filing date of the Complaint filed in the Horn Action.

**IT IS SO ORDERED**.

Dated: September 16, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE