KENNETH D. SULZER (SBN 120253)
ksulzer@constangy.com
SARAH KROLL-ROSENBAUM (SBN 272358)
skroll-rosenbaum@constangy.com
SAYAKA KARITANI (SBN 240122)
skaritani@constangy.com
MATTHEW SCHOLL (SBN 301560)
mscholl@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 909-7775
Facsimile: (424) 276-7410

Attorneys for Defendants
ADVANCED MEDICAL PERSONNEL SERVICES, INC.; and
RISE MEDICAL STAFFING, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE HORN, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RISE MEDICAL STAFFING, LLC; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-01967-MCE-KJN<br><br>[Judge Morrison C. England, Jr., Ctrm. 14, 7th Fl.]<br><br>**ORDER ON STIPULATION RE PRIVACY NOTICE AND OPT-OUT PROCEDURE FOR DISCLOSURE OF PUTATIVE CLASS MEMBER CONTACT INFORMATION** |
| TEKARY WRIGHT, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED MEDICAL PERSONNEL SERVICES, INC., a Corporation; RISE MEDICAL STAFFING, LLC, a Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case Consolidated with:<br><br>Case No.: 2:18-cv-00998-JAM-AC<br><br>[Judge Morrison C. England, Jr., Ctrm. 14, 7th Fl.] |

On October 17, 2018, Plaintiff Tekary Wright ("Plaintiff") and Defendants Advanced Medical Personnel Services, Inc. and Rise Medical Staffing, LLC (together, "Defendants") filed a Stipulation Re Privacy Notice and Opt-Out Procedure for Disclosure of Putative Class Member Contact Information ("Stipulation"), which provides for the disclosure of specific contact information pursuant to a proposed procedure of first notifying the individuals at issue of Plaintiff's request for their contact information and providing them with an opportunity to object to and opt-out of such disclosure. The Court, having considered the Stipulation and proposed privacy notice and opt-out procedure contained therein, HEREBY ORDERS:

1. The proposed privacy notice and opt-out procedure set forth in the Stipulation is approved by the Court.

2. Defendants shall provide the third-party administrator, Gilardi & Co. LLC ("Gilardi"), the Requested Contact Information by November 7, 2018.

3. Gilardi shall mail a privacy notice and opt-out postcard in the form attached hereto as Exhibits A and B, respectively, to the individuals whose contact information is sought by November 14, 2018.

4. Those individuals shall have 30 days to opt-out by returning the pre-addressed, postage pre-paid postcard to Gilardi.

5. Gilardi shall release to Plaintiff's counsel and Defendants' counsel the Requested Contact information for all individuals who do not timely opt out.

6. Plaintiff and Defendant shall split 50/50 the fees and costs of the third party administrator.

IT IS SO ORDERED.

Dated: October 23, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE