| | |
|---|---|
| | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE HORN, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RISE MEDICAL STAFFING, LLC; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-01967-MCE-KJN<br><br>Case Consolidated with:<br>Case No.: 2:18-cv-00998-JAM-AC<br><br>The Hon. Morrison C. England, Jr.<br><br>**ORDER ON JOINT STIPULATION RE CONTINUANCE OF EXPERT DISCOVERY DEADLINES** |
| TEKARY WRIGHT, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED MEDICAL PERSONNEL SERVICES, INC., a Corporation; RISE MEDICAL STAFFING, LLC, a Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>Defendants. | |

ORDER CONTINUING EXPERT DISCOVERY DEADLINES;
Case Nos. 2:17-cv-01967-MCE-KJN

Pursuant to the Joint Stipulation re Continuance of Expert Discovery Deadlines and good cause appearing, **IT IS HEREBY ORDERED THAT**:

The Initial Expert Designation and Report deadline is continued to February 19, 2020, or 90 days after the deadline to opt-out of the Rule 23 classes, if any such class is certified. The Rebuttal Expert Designation and Report deadline is continued to November 6, 2020, or 90 days after the deadline to opt-out of the Rule 23 classes, if any such class is certified. The Expert Discovery Cut-off is continued to January 6, 2021, or 150 days after the deadline to opt-out of the Rule 23 classes, if any such class is certified.

**IT IS SO ORDERED.**

Dated: February 12, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE