# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE HORN, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RISE MEDICAL STAFFING, LLC; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-01967-MCE-KJN<br><br>Case Consolidated with:<br>Case No.: 2:18-cv-00998-JAM-AC<br><br>The Hon. Morrison C. England, Jr.<br><br>**ORDER ON JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE FOR MOTION TO CERTIFY CLASS** |
| TEKARY WRIGHT, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED MEDICAL PERSONNEL SERVICES, INC., a Corporation; RISE MEDICAL STAFFING, LLC, a Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>Defendants. | |

ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION TO CERTIFY CLASS;
Case Nos. 2:17-cv-01967-MCE-KJN

Pursuant to the Joint Stipulation to Modify Briefing Schedule for Motion to Certify Class and good cause appearing, **IT IS HEREBY ORDERED THAT**:

The last day to file Defendants' opposition to Plaintiffs' Motion to Certify Class shall be continued from March 21, 2019 until April 18, 2019;

The last day to file Plaintiffs' reply brief in support of Plaintiffs' Motion to Certify Class shall be continued from March 28, 2019 until May 16, 2019; and

The hearing on Plaintiffs' Motion to Certify Class shall remain vacated. If the Court determines that oral argument is needed after the deadline for Plaintiffs' reply to be filed, the Court will schedule such hearing at a later date.

IT IS SO ORDERED.

Dated: March 13, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE