# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE HORN, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RISE MEDICAL STAFFING, LLC; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-01967-MCE-KJN<br><br>Case Consolidated with:<br>Case No.: 2:18-cv-00998-JAM-AC<br><br>The Hon. Morrison C. England, Jr.<br><br>**ORDER ON NOTICE OF CLASS ACTION SETTLEMENT AND JOINT STIPULATION TO EXTEND DEADLINE FOR SUBMITTING DISPOSITIONAL DOCUMENTS** |
| TEKARY WRIGHT, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED MEDICAL PERSONNEL SERVICES, INC., a Corporation; RISE MEDICAL STAFFING, LLC, a Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>Defendants. | |

On April 17, 2019, the parties in the above-captioned consolidated actions filed a Notice of Class Action Settlement and Joint Stipulation to Extend Deadline for Submitting Dispositional Documents ("Stipulation"). Pursuant to that Stipulation, and good cause appearing, **IT IS HEREBY ORDERED THAT**:

The parties shall file the motion for preliminary approval of the proposed class action settlement ("Motion for Preliminary Approval") by June 17, 2019; and

The consolidated actions are hereby stayed pending the filing of the Motion for Preliminary Approval or further order from this Court.

**IT IS SO ORDERED.**

**Dated: April 18, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE