HAYES PAWLENKO LLP
Matthew B. Hayes (SBN 220639)
mhayes@helpcounsel.com
Kye D. Pawlenko (SBN 221475)
kpawlenko@helpcounsel.com
595 E. Colorado Blvd., Suite 303
Pasadena, CA 91101
(626) 808-4357; FAX (626) 921-4932
Attorneys for Plaintiff Annette Horn

BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP
Norman B. Blumenthal (SBN 060687)
Kyle D. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
2255 Calle Clara
La Jolla, CA 92037
(858) 551-1223; Fax (858) 551-1232
Attorneys for Plaintiff Tekary Wright

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ANNETTE HORN, an individual on behalf of herself and others similarly situated,<br><br>   Plaintiff,<br> v.<br><br>RISE MEDICAL STAFFING, LLC; ADVANCED MEDICAL PERSONNEL SERVICES, INC.; and DOES 1 to 10 inclusive,<br><br>   Defendants. | Consolidated Case No. 2:17-cv-01967-MCE-KJN<br><br>**PLAINTIFFS' NOTICE OF LODGING FULLY EXECUTED VERSION OF CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Date:  August 22, 2019<br>Time:  2:00 p.m.<br>Location: Courtroom 7 |
|---|---|
| TEKARY WRIGHT and LISA DELGADO, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>   Plaintiff,<br> vs.<br><br>ADVANCED MEDICAL PERSONNEL SERVICES, INC.; RISE MEDICAL STAFFING, LLC; and DOES 1 through 50, Inclusive,<br><br>   Defendants. | |

**NOTICE OF LODGING FULLY EXECUTED CLASS ACTION SETTLEMENT AGREEMENT**

0

1  **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

2      **PLEASE TAKE NOTICE THAT** the a fully executed version of the Class Action Settlement Agreement that is the subject of the pending motion for preliminary approval (Dkt. 57) is being lodged herewith. As explained in the moving papers (Dkt. 57-3 at ¶ 29), the version of the Class Action Settlement Agreement submitted to the Court on July 1, 2019 (Dkt. 57-4) included the signatures of all named parties with the exception of Plaintiff Tekary Wright, whose signature was pending at the time of filing. Ms. Wright has now executed the Class Action Settlement Agreement. Accordingly, attached hereto as Exhibit A is the fully executed Class Action Settlement Agreement.

DATED: July 5, 2019                                                        HAYES PAWLENKO LLP

                                                                     By:/s/Matthew B. Hayes
                                                                          Matthew B. Hayes
                                                                          Kye D. Pawlenko
                                                                          Attorneys for Plaintiff Annette Horn

**NOTICE OF LODGING FULLY EXECUTED CLASS ACTION SETTLEMENT AGREEMENT**

1