HAYES PAWLENKO LLP
Matthew B. Hayes (SBN 220639)
mhayes@helpcounsel.com
Kye D. Pawlenko (SBN 221475)
kpawlenko@helpcounsel.com
595 E. Colorado Blvd., Suite 303
Pasadena, CA 91101
(626) 808-4357; FAX (626) 921-4932
Attorneys for Plaintiff Annette Horn

BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP
Norman B. Blumenthal (SBN 060687)
Kyle D. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
2255 Calle Clara
La Jolla, CA 92037
(858) 551-1223; Fax (858) 551-1232
Attorneys for Plaintiff Tekary Wright and Lisa Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE HORN, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>RISE MEDICAL STAFFING, LLC; ADVANCED MEDICAL PERSONNEL SERVICES, INC.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Consolidated Case No. 2:17-cv-01967-MCE-KJN<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: August 22, 2019<br>Time: 2:00 p.m.<br>Location: Courtroom 7 |
| TEKARY WRIGHT and LISA DELGADO, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiff,<br>vs.<br><br>ADVANCED MEDICAL PERSONNEL SERVICES, INC.; RISE MEDICAL STAFFING, LLC; and DOES 1 through 50, Inclusive,<br><br>Defendants. | |

**ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

0

On July 1, 2019, Plaintiffs Annette Horn, Tekary Wright, and Lisa Delgado ("Plaintiffs"), individually and on behalf of the proposed class, moved the Court for an order granting preliminary approval of a class action settlement of claims against defendants Rise Medical Staffing, LLC and Advanced Medical Personnel Services, Inc. ("Defendants"). ECF No. 57. Thereafter, on August 7, 2019, Defendants filed a Notice of Non-Opposition to Plaintiffs' Motion. ECF No. 61. Given that non-opposition, having carefully considered the motion along with its supporting papers, and good cause appearing, the Court will GRANT the motion. Accordingly, the Court ORDERS as follows:

1. The Court preliminarily finds that the terms of the Class Action Settlement Agreement ("Settlement") are fair, reasonable, and adequate, and comply with Rule 23(e) of the Federal Rules of Civil Procedure.

2. The following proposed class ("Settlement Class") is conditionally certified for purposes of the Settlement only:

    All non-exempt hourly healthcare professionals employed by Rise Medical Staffing, LLC and/or Advanced Medical Personnel Services, Inc. to work one or more assignments in California from September 21, 2013 through February 28, 2018 who received overtime pay and had the value of per diem benefits and/or monetary bonuses received during the assignment(s) excluded from their regular rate for purposes of calculating overtime pay.

3. The Court appoints Plaintiffs as the representative of the Settlement Class.

4. The Court appoints Hayes Pawlenko LLP and Blumenthal, Nordrehaug, Bhowmik, De Blouw LLP as class counsel for the Settlement Class.

5. The proposed manner of the notice of settlement set forth in the Settlement constitutes the best notice practicable under the circumstances and complies with the requirement of due process.

6. The Court approves the form, substance, and requirements of the notice of settlement attached as Exhibit A to the Settlement.

**ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

7. The parties shall carry out the notice process according to the terms of the Settlement.

8. The Court appoints ILYM Group, Inc. as the settlement administrator, preliminarily approves settlement administration costs of up to $ 20,000, and, in accordance with the Settlement, directs the settlement administrator to complete dissemination of the notice of settlement within 30 days of entry of this Order.

9. A final approval (fairness) hearing is hereby set for January 9, 2020, at 2:00 p.m. in Courtroom 7 to consider the fairness, reasonableness, and adequacy of the Settlement as well as the award of attorneys' fees and costs to class counsel, and incentive awards to the class representatives.

10. Class counsel shall file the motion for an award of attorneys' fees and costs and incentive awards twenty-one (21) days after the settlement administrator disseminates the notice of settlement.

11. Class counsel shall file the motion for final approval of the Settlement, along with any objections to the Settlement and any responses thereto, no later than twenty-eight (28) days before the final approval (fairness) hearing. Defendants may also file a memorandum in support of final approval of the Settlement or in response to objections no later than fourteen (14) days before the final approval (fairness) hearing.

12. All proceedings in this action, other than proceedings necessary to carry out or enforce the Settlement or this Order, are stayed pending the final fairness hearing and the Court's decision whether to grant final approval of the Settlement.

IT IS SO ORDERED.

Dated: August 28, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

2