HAYES PAWLENKO LLP
Matthew B. Hayes (SBN 220639)
mhayes@helpcounsel.com
Kye D. Pawlenko (SBN 221475)
kpawlenko@helpcounsel.com
595 E. Colorado Blvd., Suite 303
Pasadena, CA 91101
(626) 808-4357; FAX (626) 921-4932
Attorneys for Plaintiff Annette Horn

BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP
Norman B. Blumenthal (SBN 060687)
Kyle D. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
2255 Calle Clara
La Jolla, CA 92037
(858) 551-1223; Fax (858) 551-1232
Attorneys for Plaintiffs Tekary Wright and Lisa Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE HORN, an individual on behalf of herself and others similarly situated,<br><br>         Plaintiff,<br>    v.<br><br>RISE MEDICAL STAFFING, LLC; ADVANCED MEDICAL PERSONNEL SERVICES, INC.; and DOES 1 to 10 inclusive,<br><br>         Defendants. | Consolidated Case No. 2:17-cv-01967-MCE-KJN<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:         January 9, 2020<br>Time:        2:00 p.m.<br>Location:   Courtroom 7 |
| TEKARY WRIGHT and LISA DELGADO, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>         Plaintiff,<br>    vs.<br><br>ADVANCED MEDICAL PERSONNEL SERVICES, INC.; RISE MEDICAL STAFFING, LLC; and DOES 1 through 50, Inclusive,<br><br>         Defendants. | |

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

0

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on January 9, 2020 at 2:00 p.m. in Courtroom 7 (14th Floor) of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, CA 95814, the Honorable Morrison C. England, Jr., presiding, Plaintiffs Annette Horn, Tekary Wright, and Lisa Delgado ("Plaintiffs") will and hereby do move for entry of an Order granting final approval of the Class Action Settlement Agreement ("Settlement") submitted at Docket No. 57-4. Good cause exists for granting final approval of the Settlement in that the Settlement is fair, reasonable, and adequate.

The motion is unopposed by Defendants and will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the declarations filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED: December 12, 2019                     HAYES PAWLENKO LLP

                                                By: /s/Matthew B. Hayes
                                                   Matthew B. Hayes
                                                   Kye D. Pawlenko
                                                   Attorneys for Plaintiff Annette Horn